Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bayer & Sonz, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **83-0665186** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **W327 S7589 Squire Lane** <br> **Mukwonago, WI 53149** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Waukesha** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ☑ Yes.

If more than 2 cases, attach a separate list.

| | District | Eastern District of Wisconsin Bankruptcy Court | When | 2/18/24 | Case number | 24-20710 |
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

| Debtor | **Bayer & Sonz, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Bayer & Sonz, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11 / 05 / 2024
            MM / DD / YYYY

**BAYER & SONZ, LLC**

X _Matthew L. Bayer_
Signature of authorized representative of debtor

By: **Matthew L. Bayer**
Printed name

Title   **Owner**

**18. Signature of attorney**

X _C. K. Ott_
Signature of attorney for debtor

Date  11 / 06 / 2024
       MM / DD / YYYY

**Emily K. Ott 1126607**
Printed name

**Krekeler Law, S.C.**
Firm name

**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
Number, Street, City, State & ZIP Code

Contact phone   **(608) 258-8555**     Email address   **eott@ks-lawfirm.com**

**1126607 WI**
Bar number and State

## DECLARATION CONCERNING DEBTOR'S FINANCIAL STATEMENTS

Bayer & Sonz, LLC, has not prepared a recent balance sheet, statement of operations, or cash flow statement. The undersigned declares under penalty of perjury that the foregoing statement is true and correct to the best of its knowledge, information and belief.

**BAYER & SONZ, LLC**

Dated: November 5, 2024     Signed by: _____

Matthew L. Bayer, Owner

Fill in this information to identify the case:

Debtor name   **Bayer & Sonz, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WISCONSIN

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

**BAYER & SONZ, LLC**

Executed on   11/05/2024   X _Matthew L. Bayer_
                                    Signature of individual signing on behalf of debtor

                                    **Matthew L. Bayer**
                                    Printed name

                                    **Owner**
                                    Position or relationship to debtor

Official Form 202                   Declaration Under Penalty of Perjury for Non-Individual Debtors

| | |
|---|---|
| Debtor name | **Bayer & Sonz, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Longrow Holdings LLC 3225 McLeod Drive, Ste 100 Las Vegas, NV 89121** | | **Real Estate: 8050 N Cedarburg Rd, Brown Deer, WI; 5827 W Mineral St, West Allis, WI** | | $394,936.00 | $76,250.00 | $318,686.00 |
| **Gordon Family LLP 1134 N 9th Street Milwaukee, WI 53233** | | **W327 S7589 Squire Lane, Mukwonago, WI** | | $774,109.37 | $666,000.00 | $108,109.37 |
| **Black & Gold Holdings LLC 148 E Milwaukee Street, Ste 1035 Jefferson, WI 53549-1636** | | **Milwaukee County Case Number 2023CV001061 Black & Gold Holdings, LLC vs. Bayer & Sonz, LLC et al; breach of contract: $32467.30 + breach of fiduciary** | Disputed | | | $50,147.30 |
| **Colt Holdings LLC 3225 McLeod Drive Ste 100 Las Vegas, NV 89121** | | **Real Estate: 8050 N Cedarburg Rd, Brown Deer, WI; 5827 W Mineral St, West Allis, WI** | | $105,505.01 | $76,250.00 | $29,255.01 |
| **Creek Road LLC W140 N5904 Lilly Road Menomonee Falls, WI 53051** | | **Money Judgment entered 02/21/2022; docketed 02/22/2022: Washington County Case Number 2022SC000100 Creek Road, LLC vs. Bayer&Sonz, LLC et al** | Disputed | | | $11,538.84 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Forest Park Real Co. LLC 2765 S 27th Street Milwaukee, WI 53215 | | Money Judgment: Milwaukee County Case Number 2024SC017671 Forest Park Real Estate Co, LLC vs. Bayer & Sonz LLC; judgment for restitution of premises | | | | $11,250.00 |
| 15435 Carpenter LLC 10952 N Pebble Lane Thiensville, WI 53092-5831 | | Money Judgment entered 06/26/2023; not docketed: Washington County Case Number 2023SC000343 15435 Carpenter LLC vs. Bayer & Sonz LLC | Disputed | | | $10,094.50 |
| Ara V. Jackson 2905 W Wisconsin Avenue, No. 403 Milwaukee, WI 53208 | | Money judgment entered and docketed 4/26/2023: Waukesha County Case Number 2023SC001136 Ara V Jackson vs. Matthew Bayer et al | | | | $10,074.50 |
| F Street Investments LLC 1134 N 9th Street, Ste 200 Milwaukee, WI 53233 | | Payment to Town of Mukwonago real estate taxes = $3272.76 Payment to Southeastern Underwriters Inc for insurance = $5283.94 on property located at: | | | | $8,556.70 |
| Cellco Partnership dba Verizon Wireless William M Vermette 22001 Loudoun County Parkway Ashburn, VA 20147 | | Wireless service | | | | $2,675.20 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rooter Sewer Cleaners Inc. dba Roto-Rooter Sewer Cleaner 11030 W Lincoln Avenue Milwaukee, WI 53227** | | **Money judgment entered and docketed 03/12/24: Waukesha County Case Number 2024SC000034** | | | | $1,129.76 |
| **Milwaukee Water Works 841 N. Broadway Room 800 Milwaukee, WI 53202** | | **Water and sewer utility** | | | | $466.90 |
| **Best HML Fund 1, LLC 1794 East Allouez Avenue, #258 Green Bay, WI 54311** | | **Money Judgment: Milwaukee County Case Number 2024CV008189 Best HML Fund 1, LLC vs. Bayer & Sonz LLC et al; filed 10/142024** | | Unknown | $0.00 | Unknown |
| **PLS Financial Services Inc. 814 Commerce Drive, Ste 350 Oak Brook, IL 60523** | | **Money Judgment: Milwaukee County Case Number 2024SC022356 PLS Financial Services, Inc. vs. BAYER & SONZ LLC, filed 07/29/2024** | Disputed | | | $0.00 |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Bayer & Sonz, LLC** _____    Case No. _____

                                     Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matthew L. Bayer**<br>**W327 S7589 Squire Lane**<br>**Mukwonago, WI 53149** | | | 50% |
| **Noss Investments, LLC**<br>**c/o Shafiuddin Noss**<br>**10823 Hampton Mill Ter. Unit 110**<br>**North Bethesda, MD 20852** | | | 50% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, Matthew L. Bayer, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

**BAYER & SONZ, LLC**

Date    11/05/24 _____      Signature By:    _Matthew L. Bayer_ _____

                                                       **Matthew L. Bayer, Owner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **Bayer & Sonz, LLC** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Bayer & Sonz, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Matthew L. Bayer**
**W327 S7589 Squire Lane**
**Mukwonago, WI 53149**

**Noss Investments, LLC**
**10823 Hampton Mill Ter. Unit 110**
**North Bethesda, MD 20852**

☐ None [*Check if applicable*]

11/6/2024 _____
Date

*[signature]* Emily K. Ott 1126607 _____
Signature of Attorney or Litigant
Counsel for  **Bayer & Sonz, LLC**
**Krekeler Law, S.C.**
**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
**(608) 258-8555 Fax:(608) 258-8299**
**eott@ks-lawfirm.com**

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In re    **Bayer & Sonz, LLC**

                       Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, Matthew L. Bayer, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

**BAYER & SONZ, LLC**

Date: _11/05/24_            By: _Matthew L Bayer_

                                             **Matthew L. Bayer/Owner**

                     Signer/Title

United States Trustee-Eastern District
Federal Courthouse
David W. Asbach, Assistant US Trustee
517 East Wisconsin Ave. Room 430
Milwaukee, WI 53202

City of Milwaukee
Customer Service Division
PO Box 514062
Milwaukee, WI 53203

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708

15435 Carpenter LLC
10952 N Pebble Lane
Thiensville, WI 53092-5831

Attorney Andrew H. Robinson
Mallery & Zimmerman SC
731 N. Jackson St., Ste 900
Milwaukee, WI 53202-4613

Matthew Bayer
W327 S7589 Squire Lane
Mukwonago, WI 53149

Best HML Fund 1, LLC
1794 East Allouez Avenue, #258
Green Bay, WI 54311

Best REI Funding LLC
1794 East Allouez Avenue, 258
Green Bay, WI 54311

Black & Gold Holdings LLC
148 E Milwaukee Street, Ste 1035
Jefferson, WI 53549-1636

Black & Gold Holdings LLC
c/o Northwest Reg. Agent, LLC
2800 E Enterprise Ave, Ste 333
Appleton, WI 54913-7889

Cellco Partnership dba Verizon Wireless
William M Vermette
22001 Loudoun County Parkway
Ashburn, VA 20147

City of Milwaukee Treasurer
Spencer Coggs
200 East Wells St., Room 103
Milwaukee, WI 53202

Colt Holdings LLC
3225 McLeod Drive Ste 100
Las Vegas, NV 89121

Cramer Multhauf LLP
Attorney Beth M. Brockmeyer
1601 East Racine Avenue
Suite 200
Waukesha, WI 53187-0558

Cramer Multhauf LLP
Attorney Daniel J. Habeck
1601 East Racine Avenue
Suite 200
Waukesha, WI 53187-0558

Cramer Multhauf LLP
Attorney Dominic A Burke
1601 East Racine Avenue
Suite 200
Waukesha, WI 53187-0558

Creek Road LLC
W140 N5904 Lilly Road
Menomonee Falls, WI 53051

Dobberstein Law Firm, LLC
Attorney Richard E. Stueckroth
225 South Executive Drvie
Brookfield, WI 53005

F Street Investments LLC
1134 N 9th Street, Ste 200
Milwaukee, WI 53233

Forest Park Real Co. LLC
2765 S 27th Street
Milwaukee, WI 53215

Gordon Family LLP
1134 N 9th Street
Milwaukee, WI 53233

Attorney Melissa Ivens
Yandell Law Offices LLC
757 N Broadway, Ste 300
Milwaukee, WI 53202-3645

Ara V. Jackson
2905 W Wisconsin Avenue, No. 403
Milwaukee, WI 53208

Longrow Holdings LLC
3225 McLeod Drive, Ste 100
Las Vegas, NV 89121

Attorney Helen M. Ludwig
Ludwig Law LLC
PO Box 574
Mukwonago, WI 53149

Matthew Bayer
W327 S7589 Squire Lane
Mukwonago, WI 53149

Milwaukee Water Works
841 N. Broadway Room 800
Milwaukee, WI 53202

Attorney Ryan M. Peterson
Heuer Law Offices
9312 W National Avenue
Milwaukee, WI 53227-1542

PLS Financial Services Inc.
814 Commerce Drive, Ste 350
Oak Brook, IL 60523

Attorney Terrance M. Polich
Lawton Cates SC
345 W Washington Avenue, Ste 201
Madison, WI 53703

Renovo Capital LLC
ATTN: David Frey, President
407 Lake Street East, #201
Wayzata, MN 55391

Attorney Jack W. Rettler
Schloemer Law Firm SC
143 S Main Street, Third Floor
West Bend, WI 53095

Rooter Sewer Cleaners Inc.
dba Roto-Rooter Sewer Cleaner
11030 W Lincoln Avenue
Milwaukee, WI 53227

Verizon
Attn: Consultant
500 Technology Drive
Saint Charles, MO 63304