**Fill in this information to identify the case:**

Debtor name    **Bayer & Sonz, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WISCONSIN

Case number (if known)   **24-25976**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 4, 2024**    X **/s/ Matthew L. Bayer**
                                           Signature of individual signing on behalf of debtor

                                           **Matthew L. Bayer**
                                           Printed name

                                           **Member - Manager**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Bayer & Sonz, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WISCONSIN

Case number (if known)  **24-25976**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................  $    **2,254,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................  $    **292,761.35**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................  $    **2,546,761.35**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $    **2,860,294.46**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$    **127,878.59**

4.  **Total liabilities** ..................................................................................
    Lines 2 + 3a + 3b        $    **2,988,173.05**

Debtor name    **Bayer & Sonz, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    **24-25976**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **US Bank (DIP Account used in prior SubV CH11 Case No. 24-20710))** | **Checking** | **7759** | $6,424.35 |
| 3.2. | **US Bank DIP account opening is pending and should be opened by 12/6/2024** | **DIP checking account** | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $6,424.35

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    Raw materials | | | | |
| 20.    Work in progress | | | | |
| 21.    Finished goods, including goods held for resale | | | | |
| 22.    Other inventory or supplies Plumbing, electrical, drywall, paints, furnace parts | | $0.00 | Replacement | $10,000.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | $10,000.00 |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property                    page  2

| Desk, chairs, computers | $0.00 | Liquidation | $1,000.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                        | $1,000.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Hand tools, snow removal equipment, diesel<br>snowblower** | $0.00 | Replacement | $10,000.00 |
| **Debtor's personal property locked up in<br>warehouse located at:  4704 S 47th Street,<br>Greenfield, WI:   Construction supplies, parts;<br>miscellaneous equipment; snow removal<br>equipment; paints; office furniture and<br>equipment; computers** | $0.00 | | $30,000.00 |

51.    **Total of Part 8.**                                        | $40,000.00 |
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **W327 S7589 Squire Lane, Mukwonago, WI; Tax Key MUKT1903050 2023 Waukesha County tax bill est FMV = $666,000.00; also used in Declaration of Beth M Brockmeyer in Support of confirmation of Sheriff sale dated 10/24/2024 with accepted auction bid of $630,000.00 05/09/2024 - Market Analysis = $685,000.00 12/04/2024 - Opinion of Value by N. Harrington-Compass Realtor = $790,000.00** | Fee simple | $790,000.00 | | $790,000.00 |
| 55.2. **2137 N 41st Street, Milwaukee WI; Tax Key 3480536000 Current value as is: $75,000; property is currently vacant.** | Fee simple | $0.00 | | $75,000.00 |
| 55.3. **4825 N 26th Street, Milwaukee WI; Tax Key 2069984000 Current value as is: $85,000.00; property is currently rented.** | Fee simple | $0.00 | | $85,000.00 |

| | | | | |
|---|---|---|---|---|
| 55.4. | **5909 N 42nd Street, Milwaukee, WI; Tax Key 1719771000 Current value as is: $75,000.00 Home has many needed repairs due to storm damage in August/September 2024; may need new roof; property is currently vacant.** | Fee simple | $0.00 | $75,000.00 |
| 55.5. | **5827 W Mineral Street, West Allis WI Current value as is: $155,000.00; property is currently vacant.** | Fee simple | $0.00 | $155,000.00 |
| 55.6. | **929-935 E Holt Ave, Milwaukee, WI; Tax Key 5390443100 Current value as is: $140,000.00 Needs major rehab work to duplex structure; properies currently vacant.** | Fee simple | $0.00 | $140,000.00 |
| 55.7. | **4345 N 38th St., Milwaukee, WI; Tax key 2479945000 Current value as is: $100,000.00; property is currently rented.** | Fee simple | $0.00 | $100,000.00 |
| 55.8. | **3036 N 2nd Ave, Milwaukee, WI; Tax Key 3130821100 Property was vandalized after completed rehab; total damage to home; stripped bathroom fixtures; furnace; etc. Current value as is: $45,000.00; property is currently vacant.** | Fee simple | $0.00 | $45,000.00 |

| | | | | |
|---|---|---|---|---|
| 55.9. | **2455 N 5th St, Milwaukee, WI; Tax Key 3221159100 Current value as is: $70,000.00; needs major rehab done; property is currently vacant.** | Fee simple | $0.00 | $70,000.00 |
| 55.10. | **5745 W Brooklyn Pl., Milwaukee, WI; Tax Key 2890491000 Current value as is: $55,000.00; major rehab needs to be done. Structure is down to studs. Property is currently vacant.** | Fee simple | $0.00 | $55,000.00 |
| 55.11. | **2443 N Oakland Ave., Milwaukee, WI; Tax Key 3200106000 Current value as is: $200,000.00; needs rehab; has standing water in basement; broken windows/doors; property is currently vacant.** | Fee simple | $0.00 | $200,000.00 |
| 55.12. | **5030 N 39th St., Milwaukee, WI; Tax Key 2080842000 Current value as is: $99,000.00; property is currently vacant.** | Fee simple | $0.00 | $99,000.00 |
| 55.13. | **8050 N Cedarburg Rd., Brown Deer, WI; Tax Key 0651109 Current value as is: $245,000.00; property is rented. Needs major water/sewer work done due to lateral problem with estimated repair costs of at least $15,000.00 Needs roof repairs or replacement with estimated costs of $15,000.00** | Fee simple | $0.00 | $245,000.00 |

| | | | |
|---|---|---|---|
| 55.14· | **3727 N. 11th St., Milwaukee, WI (Duplex); Tax Key: 2722404000 Current value as is: $120,000.00; property is currently rented.** | **Fee simple** | **$0.00** | **$120,000.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$2,254,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Debtor holds/carries the following licenses: General Construction; HVAC License; Master Contractor License; Home Improvement License; Gas Line License** | **$0.00** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 7

■ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
      **Property insurance policy with Berkshire Hathaway**
      **Homestead Companies**                                            **$0.00**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **Debtor had a contract with Jesse Kerr and Kerr's business, LLP Investments LLC. The contract between parties was to rehab properties owned by Jesse Kerr and LLP Investments LLC.  Balance due on 3 remaining rehab projects = $90,000.  Jesse Elroy Kerr resides at 829 Emerald Bay Dr, Fairfield, CA 94534; collectibility unlikely.**                                            **$90,000.00**

| Nature of claim | **Money owed for services** |
| --- | --- |
| Amount requested | **$90,000.00** |

**Debtor had a contract with Best REI Funding LLC for rehab on kitchen at 2956 44th St; balance of rehab work due Debtor and estimated at $10,000.00**            **$10,000.00**

| Nature of claim | |
| --- | --- |
| Amount requested | **$0.00** |

**Debtor had contract(s) with Colt Holdings LLC and Longrow Holdings LLC  to rehab properties owned by Colt Holdings LLC and Longrow Holdings LLC that remains unpaid to Debtor.**                                  **$100,000.00**

| Nature of claim | |
| --- | --- |
| Amount requested | **$100,000.00** |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
      **Several money judgments filed in Milwaukee County against prior tenants; see attached.**                               **$2,337.00**

| Nature of claim | **Money judgments** |
| --- | --- |
| Amount requested | **$2,337.00** |

**Past due rents from tenants:**
**Shalanda Amos at 3727 N 11th St, Milwaukee WI:**
**$15,000.00**
**Brittany Harris at 4345 N 38th St., Milwaukee WI:**
**$6,000.00**
**April Peterson at 4825 N 26th St, Milwaukee WI:**
**$12,000.00**                                                        **$33,000.00**

| Nature of claim | Past due rental income |
|---|---|
| Amount requested | $33,000.00 |

---

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$235,337.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

☑ No
☐ Yes

| Debtor | Bayer & Sonz, LLC | Case number (If known) | 24-25976 |
|---|---|---|---|
| | Name | | |

---

Part 12: **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,424.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $2,254,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $235,337.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $292,761.35 | + 91b. $2,254,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,546,761.35 |

# SCHEDULE A/B - PROPERTY
## Attachment A

Evictions/Money judgments debtor has filed:

Milwaukee County Case Number 2022SC010839 Bayer&Sonz, LLC vs. LaKysha Neal; judgment entered 05/25/2022 for $148.00

Milwaukee County Case Number 2022SC010822 Bayer&Sonz, LLC vs. Mary Ashford; judgment entered 05/25/2022 for $148.00

Milwaukee County Case Number 2022SC010821 Bayer&Sonz, LLC vs. Ashton Cooper et al; judgment entered 05/25/2022 for $163.00

Milwaukee County Case Number 2022SC010367 Bayer&Sonz, LLC vs. Tahudah Cole; judgment entered 08/22/2022 for $163,00

Milwaukee County Case Number 2022SC010350 Bayer&Sonz, LLC vs. Stacie Brelove; judgment entered 05/23/2022 for $148.00

Milwaukee County Case Number 2022SC010347 Bayer&Sonz, LLC vs. Latasha Gatlin; judgment entered 07/25/2022 for $158.00

Milwaukee County Case Number 2022SC010346 Bayer&Sonz, LLC vs. Octavia Rhodman; judgment entered 05/23/2022 for $148.00

Milwaukee County Case Number 2022SC010344 Bayer&Sonz, LLC vs. Le Nine Williams; judgment entered 05/23/2022 for $148.00

Milwaukee County Case Number 2022SC010343 Bayer&Sonz, LLC vs. Taleavia Cole; judgment entered 08/22/2022 for $363.00

Milwaukee County Case Number 2022SC010342 Bayer&Sonz, LLC vs. Katrina Gordon; judgment entered 05/23/2022 for $153.00

Milwaukee County Case Number 2022SC006876 Bayer&Sonz, LLC vs. Christefore Fears Jr.; judgment entered 05/19/2022 for $353.00

Milwaukee County Case Number 2022SC006875 Bayer&Sonz, LLC vs. Edna Lockett; judgment entered 05/19/2022 for $148.00

Milwaukee County Case Number 2022SC006874 Bayer&Sonz, LLC vs. Eddie Wilkinson; judgment entered 05/19/2022 for $358.00

Milwaukee County Case Number 2022SC003317 Bayer&Sonz, LLC vs. Artisha Burton et al; judgment entered 03/14/2022 for $318.00

Milwaukee County Case Number 2022SC002732 Bayer&Sonz, LLC vs. Laura R Johnson;  judgment entered 03/14/2022 for $348.00

Debtor name    **Bayer & Sonz, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    **24-25976**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Best HML Fund 1, LLC**<br><sub>Creditor's Name</sub><br>**1794 East Allouez Avenue**<br>**Suit C - Box 258**<br>**Green Bay, WI 54311**<br><sub>Creditor's mailing address</sub><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred**<br>**Note dated 12/20/23; Mtg recorded 12/21/23**<br><sub>Last 4 digits of account number</sub><br>**9697**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Renovo Capital LLC**<br>**2. Best HML Fund 1, LLC** | **Describe debtor's property that is subject to a lien**<br>**4345 N 38th St., Milwaukee, WI; Tax key 2479945000**<br><br>**Describe the lien**<br>**Note and Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$84,494.26** | **$100,000.00** |
| **2.2** **Best HML Fund 1, LLC**<br><sub>Creditor's Name</sub><br>**1794 East Allouez Avenue**<br>**Suit C - Box 258**<br>**Green Bay, WI 54311**<br><sub>Creditor's mailing address</sub><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred**<br>**Note dated 2/27/23; Mtg recorded 8/31/23**<br><sub>Last 4 digits of account number</sub><br>**3410** | **Describe debtor's property that is subject to a lien**<br>**2137 N 41st Street, Milwaukee WI; Tax Key 3480536000**<br><br>**Describe the lien**<br>**Note and Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$50,910.69** | **$75,000.00** |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No<br><br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Best HML Fund 1, LLC**<br>**2. Renovo Capital LLC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.3** | **Best HML Fund 1, LLC**
Creditor's Name

**1794 East Allouez Avenue Suit C - Box 258 Green Bay, WI 54311**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Note dated 11/29/23; Mtg recorded 12/1/23**
Last 4 digits of account number
**5053**

| Describe debtor's property that is subject to a lien | $70,157.92 | $85,000.00 |
|---|---|---|
| **4825 N 26th Street, Milwaukee WI; Tax Key 2069984000** | | |

**Describe the lien**
**Note and Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No<br><br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Renovo Capital LLC**<br>**2. Best HML Fund 1, LLC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.4** | **Best HML Fund 1, LLC**
Creditor's Name

**1794 East Allouez Avenue Suit C - Box 258 Green Bay, WI 54311**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Note dated 11/29/23; Mtg recorded 4/17/23**
Last 4 digits of account number
**0570**

| Describe debtor's property that is subject to a lien | $48,391.34 | $155,000.00 |
|---|---|---|
| **5827 W Mineral Street, West Allis WI; Tax Key 4380224000** | | |

**Describe the lien**
**Note and Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No<br><br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Renovo Capital LLC**<br>**2. Best HML Fund 1, LLC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.5** | **Best HML Fund 1, LLC** | Describe debtor's property that is subject to a lien | $62,454.56 | $75,000.00 |

---

Creditor's Name

**1794 East Allouez Avenue
Suit C - Box 258
Green Bay, WI 54311**

Creditor's mailing address

**5909 N 42nd Street, Milwaukee, WI; Tax Key
1719771000**

**Describe the lien**

**Note and Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Note dated 11/29/23; Mtg
recorded 12/1/23**

**Last 4 digits of account number
5006**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Renovo Capital LLC
2. Best HML Fund 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Best HML Fund 1, LLC** | Describe debtor's property that is subject to a lien | $147,483.26 | $140,000.00 |

Creditor's Name

**1794 East Allouez Avenue
Suit C - Box 258
Green Bay, WI 54311**

Creditor's mailing address

**929-935 E Holt Ave, Milwaukee, WI; Tax Key
5390443100**

**Describe the lien**

**Note and Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Note dated 12/11/23; Mtg
recorded 12/14/23**

**Last 4 digits of account number
7942**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Renovo Capital LLC
2. Best HML Fund 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Best HML Fund 1, LLC** | Describe debtor's property that is subject to a lien | $141,872.95 | $245,000.00 |

Creditor's Name

**1794 East Allouez Avenue
Suit C - Box 258
Green Bay, WI 54311**

Creditor's mailing address

**8050 N Cedarburg Rd., Brown Deer, WI; Tax
Key 0651109000**

**Describe the lien**

**Note and Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

---

**Note dated 3/10/23; Mtg recorded 3/10/23**
**Last 4 digits of account number**
**2952**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Best REI Funding LLC** | Describe debtor's property that is subject to a lien | $21,311.99 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**1794 East Allouez Avenue**
**Suit C - Box 258**
**Green Bay, WI 54311**
Creditor's mailing address

**2443 N Oakland Ave., Milwaukee, WI; Tax Key 3200106000**

**Describe the lien**
**Note and Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Note dated 2/27/23; Mtg recorded 3/2/23**
**Last 4 digits of account number**
**1104**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Best REI Funding LLC**
**2. Renovo Capital LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Best REI Funding LLC** | Describe debtor's property that is subject to a lien | $24,501.75 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**1794 East Allouez Avenue**
**Suit C - Box 258**
**Green Bay, WI 54311**
Creditor's mailing address

**5745 W Brooklyn Pl., Milwaukee, WI; Tax Key 2890491000**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Note dated 2/27/23; Mtg recorded 3/1/23**
**Last 4 digits of account number**
**0639**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Best REI Funding LLC**
**2. Renovo Capital LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | | | $55,697.60 | $45,000.00 |
|---|---|---|---|---|

**Best REI Funding LLC**
Creditor's Name

**1794 East Allouez Avenue
Suit C - Box 258
Green Bay, WI 54311**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
Note dated 6/28/23; Mtg
recorded 3/8/24**
Last 4 digits of account number
**4878**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Renovo Capital LLC
2. Best REI Funding LLC**

**Describe debtor's property that is subject to a lien**
**3036 N 2nd Ave, Milwaukee, WI; Tax Key
3130821100**

**Describe the lien**
**Note and Mortgage**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | | | $27,622.26 | $70,000.00 |
|---|---|---|---|---|

**Best REI Funding LLC**
Creditor's Name

**1794 East Allouez Avenue
Suit C - Box 258
Green Bay, WI 54311**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
Note dated 3/9/25; Mtg
recorded 3/10/23**
Last 4 digits of account number
**2954**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2455 N 5th St, Milwaukee, WI; Tax Key
3221159100**

**Describe the lien**
**Note and Mortgage**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | | | $16,717.30 | $99,000.00 |
|---|---|---|---|---|

**Best REI Funding LLC**
Creditor's Name

**1794 East Allouez Avenue
Suit C - Box 258
Green Bay, WI 54311**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**5030 N 39th St., Milwaukee, WI; Tax Key
2080842000**

**Describe the lien**
**Note and Mortgage**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 14

**Date debt was incurred**
**Note dated 4/19/23; Mtg recorded 4/24/23**
**Last 4 digits of account number**
**2051**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 3**

**Best REI Funding LLC**
Creditor's Name

**1794 East Allouez Avenue Suit C - Box 258 Green Bay, WI 54311**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Renovo Capital LLC**
**2. Best REI Funding LLC**

**Describe debtor's property that is subject to a lien**
**3727 N. 11th St., Milwaukee, WI (Duplex); Tax Key: 2722404000**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **$120,000.00**

---

**2.1 4**

**Colt Holdings LLC & Longrow Holdings LLC**
Creditor's Name

**LAWTON & CATES**
**c/o Attorney Terrance Polich**
**345 W Washington Avenue Madison, WI 53703**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Judgment entered & docketed 12/20/23**
**Last 4 digits of account number**
**5465**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Money judgment entered and docketed 12/20/2023; judgment lien on real property listed on Schedule A/B**

**Describe the lien**
**3rd Position lien holder**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that apply

**$505,500.00**      **$2,254,000.00**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 6 of 14

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.15 | **Gordon Family LLP** | Describe debtor's property that is subject to a lien | $681,534.57 | $790,000.00 |
|---|---|---|---|---|

Creditor's Name

**1134 N 9th Street
Milwaukee, WI 53233**

Creditor's mailing address

**W327 S7589 Squire Lane, Mukwonago, WI;
Tax Key MUKT1903050**

Describe the lien
**Note; Assignment of Mtg; Pers Guaranty**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
Note dated 8/26/22;
Assignment of Mtg 2/8/23**
Last 4 digits of account number
**8140**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **Renovo Capital LLC** | Describe debtor's property that is subject to a lien | $90,438.10 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name
**ATTN: David Frey,
President
407 Lake Street East, #201
Wayzata, MN 55391**

Creditor's mailing address

**5909 N 42nd Street, Milwaukee, WI; Tax Key
1719771000**

Describe the lien
**Note and Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
Note dated 11/29/23; Mtg
recorded 12/1/23**
Last 4 digits of account number
**5004**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Renovo Capital LLC** | Describe debtor's property that is subject to a lien | $5,628.96 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN:  David Frey, President**
**407 Lake Street East, #201**
**Wayzata, MN 55391**
_____
Creditor's mailing address

**3727 N. 11th St., Milwaukee, WI (Duplex); Tax Key: 2722404000 (paid real estate taxes)**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2024**
**Last 4 digits of account number**
**DOC unknown**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.13**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Renovo Capital LLC** |

Creditor's Name

**ATTN:  David Frey, President**
**407 Lake Street East, #201**
**Wayzata, MN 55391**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2443 N Oakland Ave., Milwaukee, WI; Tax Key 3200106000 (paid real estate taxes)**       $12,142.33      $200,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2024**
**Last 4 digits of account number**
**DOC unknown**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Renovo Capital LLC** |

Creditor's Name

**ATTN:  David Frey, President**
**407 Lake Street East, #201**
**Wayzata, MN 55391**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**5745 W Brooklyn Pl., Milwaukee, WI; Tax Key 2890491000 (paid real estate taxes)**       $9,532.27      $55,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2024**

**Last 4 digits of account number**

**DOC unknown**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.9**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Renovo Capital LLC** | Describe debtor's property that is subject to a lien | $165,356.14 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN:  David Frey, President**
**407 Lake Street East, #201**
**Wayzata, MN 55391**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Note dated 6/28/23; Mtg recorded 8/31/23**

**Last 4 digits of account number**

**3411**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.2**

**2137 N 41st Street, Milwaukee WI; Tax Key 3480536000**

**Describe the lien**

**Note and Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Renovo Capital LLC** | Describe debtor's property that is subject to a lien | $76,050.22 | $85,000.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN:  David Frey, President**
**407 Lake Street East, #201**
**Wayzata, MN 55391**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Note dated 11/29/23; Mtg recorded 12/1/23**

**Last 4 digits of account number**

**5051**

**Do multiple creditors have an interest in the same property?**

**4825 N 26th Street, Milwaukee WI; Tax Key 2069984000**

**Describe the lien**

**Note and Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | | | | |
|---|---|---|---|---|

**Renovo Capital LLC**
_____
Creditor's Name

**ATTN:  David Frey, President**
**407 Lake Street East, #201**
**Wayzata, MN 55391**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**Note dated 4/14/23; Mtg recorded 4/17/23**
**Last 4 digits of account number**
**0568**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**Describe debtor's property that is subject to a lien**
**5827 W Mineral Street, West Allis WI; Tax Key 4380224000**

**Describe the lien**
**Note and Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$134,962.03          $155,000.00

---

| 2.2 3 | | | | |
|---|---|---|---|---|

**Renovo Capital LLC**
_____
Creditor's Name

**ATTN:  David Frey, President**
**407 Lake Street East, #201**
**Wayzata, MN 55391**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**Note dated 12/11/23; Mtg recorded 12/14/23**
**Last 4 digits of account number**
**7940**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**Describe debtor's property that is subject to a lien**
**929-935 E Holt Ave, Milwaukee, WI; Tax Key 5390443100**

**Describe the lien**
**Note and Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$172,549.66          $140,000.00

---

| 2.2 4 | | | | |
|---|---|---|---|---|

**Renovo Capital LLC**

**Describe debtor's property that is subject to a lien**

$80,622.50          $100,000.00

---

| Creditor's Name | 4345 N 38th St., Milwaukee, WI; Tax key 2479945000 |
| --- | --- |

**ATTN: David Frey, President**
**407 Lake Street East, #201**
**Wayzata, MN 55391**

Creditor's mailing address

**Describe the lien**
**Note and Mortgage**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Note dated 12/20/23; Mtg recorded 12/21/23**
**Last 4 digits of account number**
**9695**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

**2.25** | **Renovo Capital LLC** | Describe debtor's property that is subject to a lien | $174,361.80 | $45,000.00 |

Creditor's Name

3036 N 2nd Ave, Milwaukee, WI; Tax Key 3130821100

**ATTN: David Frey, President**
**407 Lake Street East, #201**
**Wayzata, MN 55391**

Creditor's mailing address

**Describe the lien**
**Note and Mortgage**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Note dated 6/28/23; Mtg recorded 3/8/24**
**Last 4 digits of account number**
**4876**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,860,294.46 |

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.1__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.2__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.3__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.8__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.9__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.10__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.11__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.12__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.4__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.5__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.6__ | |
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.13__ | |

| | |
|---|---|
| **Attorney Andrew H. Robinson**<br>**Mallery & Zimmerman SC**<br>**731 N. Jackson St., Ste 900**<br>**Milwaukee, WI 53202-4613** | Line __2.7__ |
| **Colt Holdings LLC**<br>**3225 McLeod Drive Ste 100**<br>**Las Vegas, NV 89121** | Line __2.14__ |
| **Colt Holdings LLC**<br>**2761 Allied Street, First Floor**<br>**Green Bay, WI 54304** | Line __2.14__ |
| **Cramer Multhauf LLP**<br>**Attorney Beth M. Brockmeyer**<br>**1601 East Racine Avenue**<br>**Suite 200**<br>**Waukesha, WI 53187-0558** | Line __2.15__ |
| **Cramer Multhauf LLP**<br>**Attorney Dominic A Burke**<br>**1601 East Racine Avenue**<br>**Suite 200**<br>**Waukesha, WI 53187-0558** | Line __2.15__ |
| **Cramer Multhauf LLP**<br>**Attorney Daniel J. Habeck**<br>**1601 East Racine Avenue**<br>**Suite 200**<br>**Waukesha, WI 53187-0558** | Line __2.15__ |
| **Gordon Family Limited Partnership**<br>**18500 Patti Lane**<br>**Brookfield, WI 53045** | Line __2.15__ |
| **Attorney Krysta L. Kerr**<br>**Phillip A Norman PC**<br>**17035 W Wisconsin Avenue**<br>**Suite 150**<br>**Brookfield, WI 53005** | Line __2.16__ |
| **Attorney Krysta L. Kerr**<br>**Phillip A Norman PC**<br>**17035 W Wisconsin Avenue**<br>**Suite 150**<br>**Brookfield, WI 53005** | Line __2.17__ |
| **Attorney Krysta L. Kerr**<br>**Phillip A Norman PC**<br>**17035 W Wisconsin Avenue**<br>**Suite 150**<br>**Brookfield, WI 53005** | Line __2.18__ |
| **Attorney Krysta L. Kerr**<br>**Phillip A Norman PC**<br>**17035 W Wisconsin Avenue**<br>**Suite 150**<br>**Brookfield, WI 53005** | Line __2.19__ |

| Attorney Krysta L. Kerr<br>Phillip A Norman PC<br>17035 W Wisconsin Avenue<br>Suite 150<br>Brookfield, WI 53005 | Line _**2.20**_ | |

| Attorney Krysta L. Kerr<br>Phillip A Norman PC<br>17035 W Wisconsin Avenue<br>Suite 150<br>Brookfield, WI 53005 | Line _**2.21**_ | |

| Attorney Krysta L. Kerr<br>Phillip A Norman PC<br>17035 W Wisconsin Avenue<br>Suite 150<br>Brookfield, WI 53005 | Line _**2.22**_ | |

| Attorney Krysta L. Kerr<br>Phillip A Norman PC<br>17035 W Wisconsin Avenue<br>Suite 150<br>Brookfield, WI 53005 | Line _**2.23**_ | |

| Attorney Krysta L. Kerr<br>Phillip A Norman PC<br>17035 W Wisconsin Avenue<br>Suite 150<br>Brookfield, WI 53005 | Line _**2.24**_ | |

| Attorney Krysta L. Kerr<br>Phillip A Norman PC<br>17035 W Wisconsin Avenue<br>Suite 150<br>Brookfield, WI 53005 | Line _**2.25**_ | |

| Longrow Holdings LLC<br>3225 McLeod Drive, Ste 100<br>Las Vegas, NV 89121 | Line _**2.14**_ | |

| Longrow Holdings LLC<br>247 South Pixley Street<br>Orange, CA 92868 | Line _**2.14**_ | |

Debtor name **Bayer & Sonz, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **24-25976**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**15435 Carpenter LLC**
**10952 N Pebble Lane**
**Thiensville, WI 53092-5831**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Money Judgment entered 06/26/2023; not docketed: Washington County Case Number 2023SC000343 15435 Carpenter LLC vs. Bayer & Sonz LLC; Debtor does not know anything of debt.**

Is the claim subject to offset? ■ No ☐ Yes

**$10,094.50**

---

**3.2** Nonpriority creditor's name and mailing address

**Black & Gold Holdings LLC**
**148 E Milwaukee Street, Ste 1035**
**Jefferson, WI 53549-1636**

Date(s) debt was incurred **Default Judgment entered 07/14/2023; not docketed**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Milwaukee County Case Number 2023CV001061 Black & Gold Holdings, LLC vs. Bayer & Sonz, LLC et al; breach of contract: $32467.30 + breach of fiduciary duty = $17680**

Is the claim subject to offset? ■ No ☐ Yes

**$50,147.30**

---

**3.3** Nonpriority creditor's name and mailing address

**Cellco Partnership dba Verizon Wireless**
**William M Vermette**
**22001 Loudoun County Parkway**
**Ashburn, VA 20147**

Date(s) debt was incurred __

Last 4 digits of account number **0001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wireless service**

Is the claim subject to offset? ■ No ☐ Yes

**$2,675.20**

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page 1 of 4
24673
Case 24-25976-rmb     Doc 20     Filed 12/04/24     Page 28 of 48

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,538.84 |
|---|---|---|---|

**Creek Road LLC**
**W140 N5904 Lilly Road**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Money Judgment entered 02/21/2022; docketed 02/22/2022: Washington County Case Number 2022SC000100 Creek Road, LLC vs. Bayer&Sonz, LLC et al**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,250.00 |
|---|---|---|---|

**Forest Park Real Co. LLC**
**2765 S 27th Street**
**Milwaukee, WI 53215**

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money Judgment: Milwaukee County Case Number 2024SC017671 Forest Park Real Estate Co, LLC vs. Bayer & Sonz LLC; judgment for restitution of premises**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,074.50 |
|---|---|---|---|

**Ara V. Jackson**
**2905 W Wisconsin Avenue, No. 403**
**Milwaukee, WI 53208**

Date(s) debt was incurred  **2023**
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Money judgment entered and docketed 4/26/2023: Waukesha County Case Number 2023SC001136 Ara V Jackson vs. Matthew Bayer et al; debtor disputes claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,318.49 |
|---|---|---|---|

**Miller & Miller Law, LLC**
**700 W Virginia Street, Suite 605**
**Milwaukee, WI 53204**

Date(s) debt was incurred  **02/17/2024**
Last 4 digits of account number  **9841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Estimated legal fees incurred with Miller & Miller for representation in CH11 SubV Case No. 24-20710; case filed 02/18/2024; dismissed 08/15/2024**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**NREIG Insurance Company**
**11500 N Ambassador Drive**
**Kansas City, MO 64153**

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past due insurance premium**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,129.76 |
|---|---|---|---|

**Rooter Sewer Cleaners Inc.**
**dba Roto-Rooter Sewer Cleaner**
**11030 W Lincoln Avenue**
**Milwaukee, WI 53227**

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money judgment entered and docketed 03/12/24: Waukesha County Case Number 2024SC000034**

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,025.00 |
|---|---|---|---|

**The Payday Loan Store**
**c/o Creditors Bankruptcy Service**
**PO Box 800849**
**Dallas, TX 75380**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **09/29/2024**

Basis for the claim: **Bayer & Sonz LLC issued UWCU Check No. 1052 to Phoeron Scott for roof work; Scott cashed check at Payday Loan Store; check returned NSF.**

Last 4 digits of account number **2040**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,625.00 |
|---|---|---|---|

**The Payday Loan Store**
**c/o Creditors Bankruptcy Service**
**PO Box 800849**
**Dallas, TX 75380**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **09/26/2024**

Basis for the claim: **Bayer & Sonz LLC issued UWCU Check No. 1051 to Phoeron Scott; Scott cashed check at Payday Loan Store; check returned NSF.**

Last 4 digits of account number **1367**

Is the claim subject to offset? ☑ No ☐ Yes

---

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Black & Gold Holdings LLC**<br>**c/o Northwest Reg. Agent, LLC**<br>**2800 E Enterprise Ave, Ste 333**<br>**Appleton, WI 54913-7889** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Attorney Melissa Ivens**<br>**Yandell Law Offices LLC**<br>**757 N Broadway, Ste 300**<br>**Milwaukee, WI 53202-3645** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Attorney Helen M. Ludwig**<br>**Ludwig Law LLC**<br>**PO Box 574**<br>**Mukwonago, WI 53149** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Attorney Ryan M. Peterson**<br>**Heuer Law Offices**<br>**9312 W National Avenue**<br>**Milwaukee, WI 53227-1542** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Attorney Jack W. Rettler**<br>**Schloemer Law Firm SC**<br>**143 S Main Street, Third Floor**<br>**West Bend, WI 53095** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Verizon**<br>**Attn: Consultant**<br>**500 Technology Drive**<br>**Saint Charles, MO 63304** | Line **3.3**<br>☐ Not listed. Explain ____ | **0001** |

---

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Case 24-25976-rmb    Doc 20    Filed 12/04/24    Page 30 of 48

| Debtor | **Bayer & Sonz, LLC** | Case number (if known) | **24-25976** |
|--------|------------------------|------------------------|--------------|
|        | Name                   |                        |              |

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 127,878.59 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ | 127,878.59 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Home Remodeling Contract dated 10/04/2024 between 3Visions LLC and Debtor to to renovate/rehab property located at 1143 S 23rd St, Manitowoc, WI 54220.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **3Visions LLC**<br>**Attn: Sharon Dayan**<br>**11220 W Burleigh Street, Suite 100**<br>**Milwaukee, WI 53222** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Home Remodeling Contract dated 08/08/2024 between 3Visions LLC and Debtor to to renovate/rehab property located at N5415 Park Avenue, Waubeka, WI 53021.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **3Visions LLC**<br>**Attn: Sharon Dayan**<br>**11220 W Burleigh Street, Suite 100**<br>**Milwaukee, WI 53222** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Residential lease on month to month basis**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Shalanda Amos**<br>**3727 N 11th Street**<br>**Milwaukee, WI 53206** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease on month to month basis** | |
|---|---|---|---|
| | State the term remaining | | **Britanisa Harris and other tenants 4345 N. 38th Street Milwaukee, WI 53216** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease on month to month basis** | |
|---|---|---|---|
| | State the term remaining | | **Mary Lindner 8050 N Cedarburg Rd. Brown Deer, WI 53209** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease on month to month basis** | |
|---|---|---|---|
| | State the term remaining | | **April Peterson 4825 N 26th Street Milwaukee, WI 53209** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Bayer & Sonz, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **24-25976**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Matthew Bayer** | **W327 S7589 Squire Lane Mukwonago, WI 53149** | **Gordon Family LLP** | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Matthew Bayer** | **W327 S7589 Squire Lane Mukwonago, WI 53149** | **Best HML Fund 1, LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Matthew Bayer** | **W327 S7589 Squire Lane Mukwonago, WI 53149** | **Colt Holdings LLC & Longrow Holdings LLC** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Matthew Bayer** | **W327 S7589 Squire Lane Mukwonago, WI 53149** | **Best HML Fund 1, LLC** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Matthew Bayer** | **W327 S7589 Squire Lane Mukwonago, WI 53149** | **Renovo Capital LLC** | ■ D __2.20__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Bayer & Sonz, LLC | Case number *(if known)* | 24-25976 |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Renovo Capital LLC | ■ D __2.21__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Best HML Fund 1, LLC | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.8 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Renovo Capital LLC | ■ D __2.16__ ☐ E/F ____ ☐ G ____ |
| 2.9 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Best HML Fund 1, LLC | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.10 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Renovo Capital LLC | ■ D __2.22__ ☐ E/F ____ ☐ G ____ |
| 2.11 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Best HML Fund 1, LLC | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.12 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Renovo Capital LLC | ■ D __2.23__ ☐ E/F ____ ☐ G ____ |
| 2.13 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Best HML Fund 1, LLC | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |

| Debtor | Bayer & Sonz, LLC | Case number *(if known)* | 24-25976 |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.14 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Renovo Capital LLC | ■ D _2.24_ ☐ E/F _____ ☐ G _____ |
| 2.15 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Renovo Capital LLC | ■ D _2.25_ ☐ E/F _____ ☐ G _____ |
| 2.16 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Best REI Funding LLC | ■ D _2.10_ ☐ E/F _____ ☐ G _____ |
| 2.17 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Best REI Funding LLC | ■ D _2.11_ ☐ E/F _____ ☐ G _____ |
| 2.18 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Best REI Funding LLC | ■ D _2.9_ ☐ E/F _____ ☐ G _____ |
| 2.19 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Renovo Capital LLC | ■ D _2.19_ ☐ E/F _____ ☐ G _____ |
| 2.20 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Best REI Funding LLC | ■ D _2.8_ ☐ E/F _____ ☐ G _____ |
| 2.21 | Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Renovo Capital LLC | ■ D _2.18_ ☐ E/F _____ ☐ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                              *Column 2:* **Creditor**

| 2.22 | **Matthew Bayer** | **W327 S7589 Squire Lane**<br>**Mukwonago, WI 53149** | **Best REI Funding**<br>**LLC** | ■ D   **2.12** ___<br>☐ E/F ___<br>☐ G ___ |
|---|---|---|---|---|
| 2.23 | **Matthew Bayer** | **W327 S7589 Squire Lane**<br>**Mukwonago, WI 53149** | **Best HML Fund 1,**<br>**LLC** | ■ D   **2.7** ___<br>☐ E/F ___<br>☐ G ___ |
| 2.24 | **Matthew Bayer** | **W327 S7589 Squire Lane**<br>**Mukwonago, WI 53149** | **Renovo Capital LLC** | ■ D   **2.17** ___<br>☐ E/F ___<br>☐ G ___ |
| 2.25 | **Matthew Bayer** | **W327 S7589 Squire Lane**<br>**Mukwonago, WI 53149** | **Best REI Funding**<br>**LLC** | ■ D   **2.13** ___<br>☐ E/F ___<br>☐ G ___ |

Debtor name **Bayer & Sonz, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **24-25976**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business  Unknown at this time; will amend when 2024 tax return is completed ■ Other | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **Longrow Holdings, LLC and Colt Holdings LLC vs. Bayer & Sonz, LLC et al Waukesha County Case Number 2024TJ000002** | **Transcript of Judgment entered and docketed 01/02/2024** | **Waukesha County Circuit Court 515 W. Moreland Blvd. Waukesha, WI 53188** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
   | 7.2. | **PLS Financial Services, Inc. vs. BAYER & SONZ LLC Milwaukee County Case No. 2024SC022356** | **Small Claims Action dismissed 11/12/2024** | **Milwaukee County Courthouse 901 North 9th Street Milwaukee, WI 53233** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.3. | **Forest Park Real Estate Co, LLC vs. Bayer & Sonz LLC Milwaukee County Case No. 2024SC017671** | **Eviction-small claims judgment for plaintiff granted 07.12.2024** | **Milwaukee County Courthouse 901 North 9th Street Milwaukee, WI 53233** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.4. | **Forest Park Real Estate Co LLC vs. Bayer & Sonz LLC Milwaukee County Case No. 2024SC011134** | **Eviction - dismissed without prejudice 05/16/2024** | **Milwaukee County Courthouse 901 North 9th Street Milwaukee, WI 53233** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Rooter Sewer Cleaners Inc. D/B/A Roto-Rooter Sewer Cleaner vs. Bayer & Sonz LLC** Waukesha County Case Number 2024SC000034 | **Money judgment entered and docketed 03/12/2024** | **Waukesha County Circuit Court** 515 W. Moreland Blvd. Waukesha, WI 53188 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Best HML Fund 1, LLC vs. Bayer & Sonz LLC et al** Milwaukee County Case No. 2024CV008189 | **Money judgment** | **Milwaukee County Courthouse** 901 North 9th Street Milwaukee, WI 53233 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Longrow Holdings, LLC et al vs. Bayer & Sonz, LLC et al** Milwaukee County Case No. 2022CV005465 | **Other Contract and garnishment action** | **Milwaukee County Courthouse** 901 North 9th Street Milwaukee, WI 53233 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Gordon Family LLP vs. Bayer&Sonz LLC et al** Waukesha County Case Number 2023CV000914 | **Foreclosure; judgment entered 09/20/23; docketed 10/24/23** | **Waukesha County Circuit Court** 515 W. Moreland Blvd. Waukesha, WI 53188 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Santiago Speranza et al vs. Matthew Bayer et al** Waukesha County Case Number 2022TJ000176 | **Transcript of Judgment - satisfied 02/26/2024** | **Waukesha County Circuit Court** 515 W. Moreland Blvd. Waukesha, WI 53188 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **Santiago Speranza et al vs. Matthew Bayer et al** Milwaukee County Case No. 2022CV006045 | **Money judgment-satisfied 02/26/2024** | **Milwaukee County Courthouse** 901 North 9th Street Milwaukee, WI 53233 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **3036 N 2nd Ave, Milwaukee, WI: Property was vandalized after rehab was completed; home was stripped of bathroom and kitchen fixtures; furnace; and damage throughout home.  Property was insured at time of break-in and coverage expected estimated coverage $100,000 for the damage to property.  Police report filed with Milwaukee Police Department. Stolen plumbing, furnace, water heater, etc)** | **Insurance claim is pending** | **05/15/2024** | **Unknown** |
| **2443 N Oakland Ave, Milwaukee: Sewer $20K** | **Insurance denied claim** | **Summer of 2024** | **$0.00** |
| **41st appliances, vanities, fridgertor; quartz counter top Portfolio damage; windows smashed** | | | **$0.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | **Krekeler Law received total advance fee deposits from the Debtor in the amount of $29,500.00.   From these deposits, Krekeler Law was paid a total of $17,255.82 for its pre-petition services, leaving $12,244.18 remaining of the advanced fees, which are deposited in Krekeler Law Trust Account.   Krekeler Law was owed no monies at the time this case was filed** | | |
| **Krekeler Law SC**<br>**26 Schroeder Court, Suite 300**<br>**Madison, WI 53711** | | **10/01/2024, 10/16/2024, 10/21/2024, and 11/06/2024** | **$17,255.82** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Miller & Miller Law, LLC 700 W Virginia Street, Suite 605 Milwaukee, WI 53204** | **Miller & Miller Law, LLC payments by Bayer & Sonz, LLC for prior CH11 SubV case #24-20710:  02/17/2024 = $1738.00 (filing fee); 02/27/2024 = $3832.50; 06/27/2024 = $1500.00; 08/19/2024 = $2000.00** | **See above dates** | **$9,070.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **NI Wisconsin Holdings LLC 10823 Hampton Mill Ter, Apt 110 Rockville, MD 20852-5482** | **5742 N 43rd Street, Milwaukee WI 53209** | **10/27/2023** | **$145,000.00** |
| | Relationship to debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **7430 Hardwood Avenue Milwaukee, WI 53213** | **12/2021 - 12/2022** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2024** | **$0.00** |
| 18.2. | **US Bank**<br>**PO Box 1800**<br>**Saint Paul, MN 55101-0800** | **XXXX-3570** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service From-To |
|---|---|
|  |  |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|
|  |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Bayer | W327 S7589 Squire Lane Mukwonago, WI 53149 | Member - Manager | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Noss Investments, LLC | c/o Shafiuddin Jilani Noss 10823 Hampton Mill Ter. Unit 110 North Bethesda, MD 20852 | Member - Manager | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 4, 2024**

**/s/ Matthew L. Bayer**                                  **Matthew L. Bayer**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Member - Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ■ No
- ☐ Yes

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **Bayer & Sonz, LLC**

Debtor(s)

Case No.  **24-25976**

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................ $  **444.00/hr for J. David Krekeler**

**225.00/hr for Emily K. Ott**

Prior to the filing of this statement I have received ...................................................... $  **17,255.82**

Balance Due ........................................................................................................ $  **444.00/hr for J. David Krekeler**

**225.00/hr for Emily K. Ott**

2.  The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):     Krekeler Law received total advance fee deposits from the Debtor in the amount of $29,500.00. From these deposits, Krekeler Law was paid a total of $17,255.82 for its pre-petition services, leaving $12,244.18 remaining of the advanced fees, which are deposited in Krekeler Law Trust Account. Krekeler Law was owed no monies at the time this case was filed

3.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| *12/04/2024* | */s/Emily K. Ott* |
| Date | **Emily K. Ott 1126607** |
| | *Signature of Attorney* |
| | **Krekeler Law, S.C.** |
| | **26 Schroeder Court, Suite 300** |
| | **Madison, WI 53711** |
| | **(608) 258-8555  Fax: (608) 258-8299** |
| | **eott@ks-lawfirm.com** |
| | *Name of law firm* |